# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Evan Ratcliff, | Case No. 2:21-cv-01155-CDS-BNW |
| Plaintiff, | **Order** |
| v. | |
| Caldarone, | |
| Defendant. | |

The Court reviewed non-party Jasmine P. Sanchez's letter at ECF No. 35. Mr. Sanchez alleges that he is being charged for this case even though he is not a party. *Id.* He attaches what appears to be his account statement from the Nevada Department of Corrections, which indicates that he owes $350 for this case but has not yet been charged any portion of this $350. *Id.* at 3. Mr. Sanchez is not a party to this case and therefore should not be charged for this case. Accordingly,

**IT IS ORDERED** that Jasmine P. Sanchez (Inmate No. 1148512) shall not be charged any amount for this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this order to (1) the Finance Division of the Clerk's Office, (2) the attention of **Chief of Inmate Services for the Nevada Department of Corrections,** P.O. Box 7011, Carson City, NV 89702, and (3) Jasmine Paul Sanchez, Inmate No. 1148512, at Ely State Prison.

DATED: November 30, 2022

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE