JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
Email: jsilvestri@pyattsilvestri.com
*Attorney for Plaintiff, Evan Ratcliff*
*In conjunction with Legal Aid Center of Southern Nevada Federal Pro Bono Program*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVAN RATCLIFF,<br><br>                        Plaintiff,<br><br>  vs.<br><br>CARLOS CALDARONE,<br><br>                        Defendant. | Case No.: 2:21-cv-01155-CDS-BNW<br><br><br>**MOTION FOR ORDER GRANTING PRO BONO COUNSEL'S REQUEST TO WAIVE PACER FEES** |

COMES NOW, Plaintiff, EVAN RATCLIFF, by and through his counsel of record, JAMES P.C. SILVESTRI, ESQ., of the law firm of PYATT SILVESTRI, hereby respectfully moves this Court for the entry of an Order granting Plaintiff's Pro Bono counsel a waiver of any and all PACER fees, and for his reasons relies upon the following:

On September 19, 2022, the Court filed an Order ECF No. 11 granting Plaintiff's application to proceed *in forma pauperis*;

On January 3, 2023, the Court filed an Order ECF No. 41 granting Plaintiff's motion for appointment of counsel, and referral to the Pro Bono Program;

On February 8, 2023, this Pro Bono matter was assigned by Legal Aid Center of Southern Nevada, and accepted by James P.C. Silvestri, Esq., as counsel for Plaintiff, EVAN RATCLIFF;

1  On February 9, 2023, a Notice of Appearance was filed ECF No. 42 by the undersigned counsel of record for Plaintiff, EVAN RATCLIFF.

This Motion is based upon all pleadings and papers filed herein, and any oral arguments that this Court wishes to consider.

DATED this 9th day of February, 2023.

PYATT SILVESTRI

/s/ James P. C. Silvestri
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
jsilvestri@pyattsilvestri.com
*Attorney for Plaintiff, Evan Ratcliff*

## ORDER

IT IS ORDERED that ECF No. 43 is GRANTED. Per Section 1(g) of the Second Amended General Order 2019-07, "Attorneys who have taken on the pro bono representation shall not be charged fees for use of the Court's electronic filing system (PACER) in the case on which they are serving as pro bono counsel." To effectuate this order, counsel is advised that he must send it to PACER.

**IT IS SO ORDERED**
**DATED:** 1:04 pm, February 10, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), the amendment to EDCR 7.26 and Administrative Order 14-2, I hereby certify that on the 9th day of February, 2023, I caused a true and correct copy of the foregoing **MOTION FOR ORDER GRANTING PRO BONO COUNSEL'S REQUEST TO WAIVE PACER FEES** to be served electronically, to the following e-service list recipients:

Aaron D. Ford, Esq.
Lorin M. Taylor, Deputy Attorney General
State of Nevada, Office of the Attorney General
555 E. Washington Ave., #3900
Las Vegas, NV 89101
lmtaylor@ag.nv.gov
*Attorney for Defendant*

Paul Ray, Esq.
Chair of Pro Bono Committee
Appellate Section of the State Bar of Nevada
Paul C. Ray, Chtd.
8670 W. Cheyenne Ave., Ste. 130
Las Vegas, NV 89154-1003
PaulCRayLaw@gmail.com

Kelly Dove
Co-Chair of Pro Bono Committee
Appellate Section of State Bar of Nevada
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, Nevada 89169
kdove@swlaw.com

Pro Bono Project
Legal Aid Center of Southern Nevada
725 E. Charleston Blvd.
Las Vegas, NV 89104

/s/ *Barbara Abbott*
An Employee of PYATT SILVESTRI