JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000 / Fax: (702) 477-0088
Email: jsilvestri@pyattsilvestri.com
*Attorney for Plaintiff, Evan Ratcliff*
*In conjunction with Legal Aid Center of*
*Southern Nevada Federal Pro Bono Program*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVAN RATCLIFF,<br><br>  Plaintiff,<br>vs.<br><br>CARLOS CALDARONE,<br><br>  Defendant. | Case No.: 2:21-cv-01155-CDS-BNW<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE DISCOVERY**<br>**(FIRST REQUEST)** |

Pursuant to L.R. IA 6-1, the parties, by and through their undersigned counsel of record, hereby stipulate to extend the time for the discovery in this matter. This is the first request for such extension.

**I.**

**CURRENT SCHEDULING ORDER DATES**

This matter has not been set for trial.

**A.     CURRENT DISCOVERY DATES**

- Close of Discovery:                                                    August 8, 2023

- Final Date to File Motions to Amend

  Pleadings or Add Parties                                          May 10, 2023

- Final Dates for Expert Disclosures:

      Initial Disclosures                                                  June 9, 2023

|   |   |   |
|---|---|---|
|   | Rebuttal Disclosures | July 10, 2023 |
| • | Final Date to File Dispositive Motions | September 7, 2023 |
| • | Pretrial Order: | October 6, 2023 |

**B.    NEW PROPOSED DATES**

|   |   |   |
|---|---|---|
| • | Close of Discovery: | **October 10, 2023** |
| • | Final Date to File Motions to Amend Pleadings or Add Parties | May 10, 2023 |
| • | Final Dates for Expert Disclosures: |   |
|   | Initial Disclosures | **August 8, 2023** |
|   | Rebuttal Disclosures | **September 8, 2023** |
| • | Final Date to File Dispositive Motions | **November 6, 2023** |
| • | Pretrial Order | **December 5, 2023** |

**B.    DISCOVERY COMPLETED TO DATE**

Defendant has served his initial disclosures of witnesses. Plaintiff propounded written discovery on Defendant on May 4, 2023. Defendant's Responses to Plaintiff's Requests for Production of Documents were received June 1, 2023. Plaintiff has allowed Defendant extra time for his Responses to Requests for Admission and Answers to Interrogatories.

**C.    DISCOVERY TO BE COMPLETED**

The parties are in the process of scheduling Defendant's deposition. The parties have not yet served their Designations of Expert Witnesses, which may include medical/dental experts. The parties will be deposing experts. The parties will be deposing remaining fact witnesses.

**D.    REASONS FOR REQUEST FOR EXTENSION**

Plaintiff served a Subpoena Duces Tecum on the Nevada Department of Corrections ("NDOC") on April 26, 2023. NDOC responded on April 27, 2023, requesting specific Consents to release NDOC records and an Affidavit of Plaintiff, all of which were to be signed by the Plaintiff. These documents needed to be mailed to Plaintiff for his signature and returned to the office of Plaintiff's counsel. Plaintiff's counsel subsequently provided the

signed Consents and Affidavit to NDOC on May 11, 2023, and are awaiting NDOC's responsive documents and materials. As such, Plaintiff has not yet served his initial disclosures as he is awaiting NDOC response to Plaintiff's Subpoena. Plaintiff also filed an Amended Civil Rights Complaint on April 26, 2023.

In addition as explained above, Plaintiff is awaiting Defendant's Responses to Requests for Admission and Answers to Interrogatories. Upon receipt of this discovery, Plaintiff will be able finalize retention of an expert witness.

Finally, the parties are working together to schedule depositions of parties and witnesses, all primarily located in Indian Springs, Nevada.

**E.     CURRENT TRIAL DATE**

Trial in this matter has not been set.

## II.

## CONCLUSION

Therefore, based upon the foregoing, the parties respectfully request that this Stipulation and Order to Extend Discovery Deadlines (First Request) be granted and that the Court adopt the proposed dates mentioned above.

DATED this 7th day of June, 2023.

| PYATT SILVESTRI | STATE OF NEVADA, OFFICE OF THE ATTORNEY GENERAL |
|---|---|
| /s/ James P. C. Silvestri<br>JAMES P. C. SILVESTRI, ESQ.<br>Nevada Bar No. 3603<br>701 Bridger Ave., Suite 600<br>Las Vegas, NV 89101<br>jsilvestri@pyattsilvestri.com<br>*Attorney for Plaintiff, Evan Ratcliff* | /s/ Leo T. Hendges<br>LEO T. HENDGES, Deputy Attorney General<br>Nevada Bar No. 16034<br>555 E. Washington Ave., #3900<br>Las Vegas, NV 89101<br>lhendges@ag.nv.gov<br>*Attorney for Defendant* |

### ORDER

**IT IS SO ORDERED**

**DATED:** 7:49 am, June 08, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on this 7th day of June, 2023, I received concurrence from Defendant's counsel, Leo T. Hendges, to file this document with his electronic signatures attached. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 7th day of June, 2023.

/s/ James P.C. Silvestri
JAMES P.C. SILVESTRI, NSB #3603

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000