JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000 / Fax: (702) 477-0088
Email: jsilvestri@pyattsilvestri.com
*Attorney for Plaintiff, Evan Ratcliff*
*In conjunction with Legal Aid Center of*
*Southern Nevada Federal Pro Bono Program*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVAN RATCLIFF,<br><br>    Plaintiff,<br>vs.<br><br>CARLOS CALDARONE,<br><br>    Defendant. | Case No.: 2:21-cv-01155-CDS-BNW<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE DISCOVERY**<br>**(SECOND REQUEST)** |

Pursuant to L.R. IA 6-1, the parties, by and through their undersigned counsel of record, hereby stipulate to extend the time for the discovery in this matter. This is the first request for such extension.

**I.**

**CURRENT SCHEDULING ORDER DATES**

This matter has not been set for trial.

**A.    CURRENT DISCOVERY DATES**

- Close of Discovery:                                          October 10, 2023

- Final Date to File Motions to Amend

    Pleadings or Add Parties                                May 10, 2023

- Final Dates for Expert Disclosures:

    Initial Disclosures                                            August 8, 2023

|   |   |   |
|---|---|---|
| | Rebuttal Disclosures | September 8, 2023 |
| | • Final Date to File Dispositive Motions | November 6, 2023 |
| | • Pretrial Order: | December 5, 2023 |

**B.   NEW PROPOSED DATES**

|   |   |   |
|---|---|---|
| | • Close of Discovery: | **January 8, 2024** |
| | • Final Date to File Motions to Amend Pleadings or Add Parties | May 10, 2023 |
| | • Final Dates for Expert Disclosures: | |
| | Initial Disclosures | **November 6, 2023** |
| | Rebuttal Disclosures | **December 7, 2023** |
| | • Final Date to File Dispositive Motions | **February 5, 2024** |
| | • Pretrial Order | **March 5, 2024** |

**B.   DISCOVERY COMPLETED TO DATE**

Defendant has served his initial disclosures of witnesses on March 21, 2023; the First and Second Supplemental Disclosures were served on July 17, 2023. Plaintiff propounded written discovery on Defendant on May 4, 2023. Defendant Responded to Plaintiff's Requests for Admissions on May 23, 2023; Responded to Plaintiff's Requests for Production of Documents on May 30, 2023; and Answered Plaintiff's Interrogatories on May 31, 2023. Defendant propounded Requests for Admission and Interrogatories on Defendant on July 17, 2023. Defendant has allowed Plaintiff extra time for his Responses to Requests for Admission and Answers to Interrogatories.

Plaintiff served his Initial Disclosures on July 28, 2023.

**C.   DISCOVERY TO BE COMPLETED**

The parties are in the process of scheduling Defendant's deposition. The parties have not yet served their Designations of Expert Witnesses, which may include medical/dental experts. The parties will be deposing experts. The parties will be deposing remaining fact witnesses.

///

**D.     REASONS FOR REQUEST FOR EXTENSION**

Over the past 45 days, the parties have been working towards settlement of this matter. Negotiations just recently broke down. During the settlement negotiations, per agreement amongst the parties, Plaintiff put off taking depositions of Defendant and defense witnesses and retaining an expert. Due to the failed settlement negotiations, Plaintiff is now in the process of retaining an expert and is scheduling depositions of the Defendant and witnesses, all primarily located in Indian Springs, Nevada.

In addition to the above, negotiations were prolonged due to scheduling difficulties of Plaintiff communicating with counsel. At certain times, Defense counsel has assisted in this process.

**E.     CURRENT TRIAL DATE**

Trial in this matter has not been set.

## II.

## CONCLUSION

Therefore, based upon the foregoing, the parties respectfully request that this Stipulation and Order to Extend Discovery Deadlines (Second Request) be granted and that the Court adopt the proposed dates mentioned above.

DATED this 19th day of September, 2023.

| PYATT SILVESTRI | STATE OF NEVADA, OFFICE OF THE ATTORNEY GENERAL |
|---|---|
| /s/ James P. C. Silvestri | /s/ Leo T. Hendges |
| JAMES P. C. SILVESTRI, ESQ. | LEO T. HENDGES, Senior Deputy Attorney General |
| Nevada Bar No. 3603 | Nevada Bar No. 16034 |
| 701 Bridger Ave., Suite 600 | 555 E. Washington Ave., #3900 |
| Las Vegas, NV 89101 | Las Vegas, NV 89101 |
| jsilvestri@pyattsilvestri.com | lhendges@ag.nv.gov |
| *Attorney for Plaintiff, Evan Ratcliff* | *Attorney for Defendant* |

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on this 19th day of September, 2023, I received concurrence from Defendant's counsel, Leo T. Hendges, to file this document with his electronic signatures attached. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 19th day of September, 2023.

/s/ James P.C. Silvestri
JAMES P.C. SILVESTRI, NSB #3603

**O R D E R**

Upon Stipulation of the parties as outlined above, and good cause appearing therefor,

IT IS SO ORDERED that discovery deadlines are extended as follows:

- Close of Discovery: **January 8, 2024**
- Final Dates for Expert Disclosures:
    - Initial Disclosures **November 6, 2023**
    - Rebuttal Disclosures **December 7, 2023**
- Final Date to File Dispositive Motions **February 5, 2024**
- Pretrial Order **March 5, 2024**

IT IS FURTHER ORDERED a separate amended scheduling order be issued.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
PYATT SILVESTRI

/s/ James P. C. Silvestri
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
*Attorney for Plaintiff, Evan Ratcliff*