**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| EVAN RATCLIFF, | Case No. 2:21-cv-01155-CDS-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| CARLOS CALDARONE, | |
| Defendants. | |

Before the Court is Plaintiff's Ex Parte Motion for Return of Filing Fee. ECF No. 81. Plaintiff seeks a refund of the $605 filing fee that was charged upon his Notice of Appeal. *See* ECF No. 80. The Court previously granted Plaintiff's application to proceed *in forma pauperis*. ECF No. 11. And once a district court grants a plaintiff's IFP application, the plaintiff may proceed *in forma pauperis* on appeal without needing to refile an application. FED. R. APP. P. 24(a)(2). As such, the Court will grant Plaintiff's request for a refund.

**I.   CONCLUSION**

**IT IS THEREFORE ORDERED** that Plaintiff's Ex Parte Motion for Return of File Fee (ECF No. 81) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to refund the $605 appellate filing fee to the account from which it was debited (*see* ECF Nos. 80; 81-1).

DATED this 16th day of October 2024.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE